## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ANGEL LUNA,

      **Plaintiff,**

    **vs.**                                          **Civ. No. 14-1095  KG/KK**

SOCIAL SECURITY ADMIISTRATION,
Carolyn W. Colvin, Acting Commissioner,

      **Defendant.**

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Overruling Defendant's Objections to Magistrate Judge's Proposed Findings and Recommended Disposition entered this date, the Court remands this case to the Social Security Administration for further proceedings consistent with the Magistrate Judge's Proposed Findings and Recommended Disposition.

    **IT IS SO ORDERED.**

                                                  _____
                                                  **UNITED STATES DISTRICT JUDGE**